



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 07 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MESA AIR GROUP, INC., a Nevada corporation, and FREEDOM AIRLINES, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA AIRLINES INC., a Delaware corporation,<br><br>    Defendant. | Case No.<br>**1:08-CV-1334** |

## ORDER

The Court having read and considered Plaintiffs' Motion and Proposed Order to Permit Filing of Complaint Under Seal, the same is **GRANTED**. The Clerk is hereby **DIRECTED** to permit Plaintiffs to file the Complaint in this action under seal.

**IT IS SO ORDERED**, this __7__ day of April, 2008.

_____
United States District Judge

- 5 -

Proposed Order submitted by:

                                        JONES DAY

                                        G. Lee Garrett, Jr.
                                        (Ga. Bar No. 286519)
                                        David M. Monde
                                        (Ga. Bar No. 515710)

                                        Attorneys for Plaintiff
                                        Mesa Air Group, Inc. and Freedom
                                        Airlines, Inc.

1420 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: 404.521.3939
Fax: 404.581.8330

ATI-2317261v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a true and correct copy of the foregoing **PLAINTIFF'S MOTION AND PROPOSED ORDER TO PERMIT FILING OF COMPLAINT UNDER SEAL** upon Defendant as follows:

>   Delta's Registered Agent for Service of Process
>   Corporation Service Company
>   40 Technology Parkway South #300
>   Norcross, GA 30092

This 7th day of April, 2008.

JONES DAY

_____
David M. Monde
(Ga. Bar No. 515710)

Attorneys for Plaintiff
Mesa Air Group, Inc. and Freedom Airlines, Inc.

1420 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: 404.521.3939
Fax: 404.581.8330