IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MESA AIR GROUP, INC. and
FREEDOM AIRLINES, INC.,

        Plaintiffs,

vs.

DELTA AIR LINES, INC.,

        Defendant.

CIVIL ACTION NO.

1:08-CV-1334-CC

## **ORDER**

Insofar as the parties have consented to the trial of this entire action before the undersigned, the Court hereby **LIFTS** the stay entered on January 19, 2010 and schedules a bench trial on all claims beginning on **April 20, 2010**.

SO ORDERED this 11th day of February, 2010.

*s/   CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE